# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEITH J. WOJTECKI & CHERYL A. WOJTECKI  Case Number: 08-70272
397 COPPER CANYON TRAIL   SSN-xxx-xx-3192 & xxx-xx-7097
CARY, IL  60013

Case filed on: 1/31/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,134.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ENCORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MS SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KEITH J. WOJTECKI | 0.00 | 0.00 | 1,134.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,134.00 | 0.00 |
| 001 | CITIGROUP INC | 9,539.78 | 0.00 | 0.00 | 0.00 |
| 002 | TAYLOR BEAN & WHITAKER MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GMAC | 22,611.60 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 32,151.38 | 0.00 | 0.00 | 0.00 |
| 003 | AMERIFIRST HOME IMPROVEMENT FINANCE | 19,536.27 | 19,536.27 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 3,732.81 | 3,732.81 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,059.12 | 1,059.12 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 6,734.45 | 6,734.45 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,276.46 | 3,276.46 | 0.00 | 0.00 |
| 008 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RECOVERY MANAGEMENT SYSTEMS CORP | 8,540.79 | 8,540.79 | 0.00 | 0.00 |
| 011 | GE CONSUMER FINANCE | 2,332.45 | 2,332.45 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 876.85 | 876.85 | 0.00 | 0.00 |
| 013 | HARLEY-DAVIDSON CREDIT | 7,878.35 | 7,878.35 | 0.00 | 0.00 |
| 014 | CHASE BANK USA NA | 1,174.00 | 1,174.00 | 0.00 | 0.00 |
| 015 | MACYS RETAIL HOLDINGS INC | 1,344.22 | 1,344.22 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 1,023.40 | 1,023.40 | 0.00 | 0.00 |
| 018 | HSBC BANK N/A | 2,521.20 | 2,521.20 | 0.00 | 0.00 |
| 019 | US BANK NA | 4,842.08 | 4,842.08 | 0.00 | 0.00 |
| 020 | VALLEY BELL CREDIT UNION | 1,275.62 | 1,275.62 | 0.00 | 0.00 |
| 021 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 537.46 | 537.46 | 0.00 | 0.00 |
| 024 | ORTHOPEDIC & SPINE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 66,685.53 | 66,685.53 | 0.00 | 0.00 |
|  | Grand Total: | 98,836.91 | 66,685.53 | 1,134.00 | 0.00 |

Total Paid Claimant: $1,134.00
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008         By  /s/Heather M. Fagan